NUMBER 13-02-063-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

____________________________________________________________________

 

REBA LAVELLA VOLKHART-KNIGHT,                                      Appellant,

 

                                                   v.

 

OSCAR
ALLEN KNIGHT,                                                         Appellee.

____________________________________________________________________

 

                        On appeal from the 107th  District Court

                                 of Cameron
County, Texas.

____________________________________________________________________

 

                                   O P I N I O N

 

                     Before Justices
Dorsey, Rodriguez, and Castillo

Opinion
Per Curiam

 

Appellant, REBA
LAVELLA VOLKHART-KNIGHT, perfected an appeal from a judgment entered by the
107th District Court of Cameron County, Texas, in
cause number 1998-04-01723-A. 
After the record and briefs were filed, appellant filed a motion to
dismiss the appeal. 








The Court, having
considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion
that the motion should be granted. 
Appellant=s motion to dismiss is
granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 30th day of May, 2002.